KIAMESHA INN, INC., Respondent, v. RAILROAD FURNITURE OUTLET, INC., Appellant.— Appeal from order and summary judgment entered thereon. Plaintiff sues upon a check purporting to be issued by the defendant corporation by one Hart, its president. The defense alleged that Hart was not president and had no authority to issue the check, which it was claimed was given for hotel accommodations for himself and his family. Judgment and order reversed on the law and facts, with costs, on the ground that there were questions of fact to be submitted to the jury. Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ. concur.

NICHOLAS CHICORELLI, Plaintiff, v. HEMPSTEAD PAVING CO., INC., and STATE OF NEW YORK, Defendants. BRYANT PARK BANK, MANUFACTURERS TRUST COMPANY, Respondents, and CONTINENTAL CASUALTY COMPANY and ALFRED A. WALTER and EDWARD R. WOLFF, Doing Business under the Firm Name and Style of WALTER & WOLFF, Appellants.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

MAUD D. LAHR, Appellant, v. JOHN B. LAHR, Respondent. JOHN B. LAHR, Appellant, v. MABEL C. TIRRILL, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

LILLIAN M. CUTLER, as Executrix, etc., of EDWARD D. CUTLER, Deceased, Respondent, v. ISAAC V. SWITS and Another, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.